UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 19 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE IGNACIO GARCIA, JR. (1),

        Defendant.

CASE NO. 11CR5244-L

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case (12CR0132-L) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__XX__ of the offense(s) as charged in the Information:

18 USC 751(a) AND 4082(a) - ESCAPE FROM FEDERAL CUSTODY

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 17, 2011

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE